UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY J. DECARLIS,

Plaintiff,

-against-

CITY OF NEW YORK et al,

Defendants.

26-CV-9337 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but his responses do not establish that he is unable to pay the filing fees. Plaintiff states that he receives public benefits in the form of food stamps but does not state how much. (ECF 2 at 2.) Plaintiff does not state whether he receives income from any other sources. Plaintiff states that his monthly rent is $928; however, he does not indicate how he is paying this expense. (*Id.*) Thus, there is insufficient information for the Court to determine if Plaintiff is unable to afford the filing fees.[1]

Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP

[1] In another earlier-filed, action, Plaintiff submitted an IFP application that stated that: a) he was last employed on November 3, 2025; b) his then-gross monthly wages were $7,000; c) he receives public benefits without specifying the amount of public benefits; and d) he has rent and utilities expenses without specifying their amount. *DeCarlis v. Aramark Svcs. Inc.*, 26-CV-5490 (JAV), ECF 2 (S.D.N.Y. filed Jun. 26, 2026). The IFP application in this action is missing information about his previous employment. (ECF 2 at 1.)

application, it should be labeled with docket number 26-CV-9337, and address the deficiencies described above by providing facts to establish that he is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summonses shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: November 18, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge